ACUERDO DE SERVICIOS PROFESIONALES

----En la ciudad de San Juan, Puerto Rico, a 31 de agosto de 2023. -------------------------------- ----ACUERDO ---

DE LA PRIMERA PARTE: Rolando Romero, GERENTE GENERAL  REPRESENTANDO A B2B FUNDING ---------------- ---

DE LA SEGUNDA PARTE: KIARA LIZ ORTEGA-DELGADO, mayor de edad, soltera, modelo profesional y vecina de San Juan, Puerto Rico (en adelante, "EL TALENTO") - ---
-------------------------------------------------------------------------------------

Las Partes expresan que tienen convenido entre sí un acuerdo de servicios profesionales para la CAMPAÑA DE B2B FUNDING & B2B MERCHANTS BRANDING el cual formalizan mediante el presente ACUERDO, bajo las siguientes: --------------
-----------------------------------------

CLÁUSULAS Y CONDICIONES------------------------------- -----

UNO: USO DE IMAGEN EN VIDEO Y FOTOS DE KIARA LIZ ORTEGA PARA CAMPAÑA DE B2B FUNDING & B2B MERCHANTS BRANDING.  **(2) Días de producción durante el año (fechas a discutir, siendo la primera el 31 de agosto 2023)**

- ○ **(1) Photoshoot con 2 cambios de ropa**
  - ■ Para B2B Funding Puerto Rico y B2B Merchants
- ○ **(3) Videos de 30ss**
  - ■ (1) B2B Funding Puerto Rico
  - ■ (1) B2B Merchants
  - ■ (1) B2B Funding Puerto Rico o B2B Merchants
- **Uso de imagen para:**
  - ○ B2B Funding US/LATAM (sin producción de anuncios).

DOS: Las Partes acuerdan que las imágenes y/o los videos e imágenes producidos no serán publicadas en páginas cibernéticas de contenido indecente, pornográfico, racista o contrario a la moral y orden público para proteger tanto la imagen del EL TALENTO como la de B2B FUNDING.

TRES: INCLUYE FILMACIÓN DE VIDEO EN UN DIA NO MAS DE CUATRO (4)  HORAS. FILMACIÓN SERÁ EN ESTUDIO.

CUATRO: LA PRODUCCIÓN ACUERDA A PAGAR DIRECTAMENTE A LOS SUPLIDORES DE SERVICIOS DE ESTILISTA Y MAQUILLISTA, ESTOS SERÁN RECOMENDADOS POR KIARA LIZ ORTEGA.

QUINTO: COMPENSACIÓN. Por los servicios que se contemplan en este ACUERDO, ROLANDO ROMERO, B2B FUNDING compensará a EL TALENTO la cantidad de VEINTICINCO MIL DÓLARES ($25,000.00) AL MOMENTO DE LA FIRMA DEL ACUERDO VÍA DEPÓSITO DIRECTO.

De interesar obtener servicios profesionales adicionales de parte de EL TALENTO que no estén expresamente contenidos en el presente ACUERDO, las partes se podrán reunir y acordar los términos y condiciones de dichos servicios adicionales, incluyendo la compensación de dichos servicios.

--------------------

VIGENCIA. El presente ACUERDO Y USO DE IMAGEN entrará en efecto el 31 de agosto de 2023, irrespectivamente de la fecha de su otorgación y permanecerá en vigor por un plazo de un año, a saber, hasta el 31 de agosto de 2024 (el "Término").

----------------------------------------------------------------------------------------------------

Rolando Romero
Dirección:
Miramar Plaza
954 Avenida de la Constitución
Suite 601
San Juan, PR 00907

8/29/2023
FECHA

KIARA LIZ ORTEGA

_____
FECHA